OSCN Found Document:IN RE RULES OF THE SUPREME COURT OF OKLAHOMA ON LICENSED LEGAL INTERNSHIP

 

 
 

 
 IN RE RULES OF THE SUPREME COURT OF OKLAHOMA ON LICENSED LEGAL INTERNSHIP
2020 OK 53
Case Number: SCBD-2109
Decided: 06/15/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 53, __ P.3d __

 
IN RE: Rules of the Supreme Court of the State of Oklahoma on Licensed Legal Internship (5 O.S. ch. 1 app. 6)
ORDER
This matter comes on before this Court upon an Application to Amend Rule 7 of the Rules of the Supreme Court of the State of Oklahoma on Licensed Legal Internship (hereinafter "Rules") filed on June 4, 2020. This Court finds that it has jurisdiction over this matter and Rule 7 is hereby amended to add new Rule 7.9 as set out in Exhibit A attached hereto, effective immediately.
DONE IN CONFERENCE this 15th day of JUNE, 2020.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR

Â 
EXHIBIT "A" 
RULES OF THE SUPREME COURT ON LICENSED LEGAL INTERNSHIP
RULE 7.9 
Representation by the Licensed Legal Intern in administrative hearings is limited in the following manner:
(a) When the supervising attorney represents a party adverse to the state agency, the supervising attorney must be present at all stages of the administrative proceeding.
(b) When the supervising attorney represents the state agency, the Licensed Legal Intern may appear at any stage of the administrative proceeding as authorized by that agency.